1 | **K&L GATES LLP**
2 | 10100 Santa Monica Boulevard
  | Eighth Floor
3 | Los Angeles, CA 90067
  | Telephone: +1 310 552 5000
4 | Facsimile: +1 310 552 5001

5 | Kevin S. Asfour (SBN 228993)
  | kevin.asfour@klgates.com
6 | Lauren E. Elvick (SBN 348619)
  | lauren.elvick@klgates.com

7 | Matthew J. Weldon (*pro hac vice forthcoming*)
  | matthew.weldon@klgates.com
8 | Thomas A. Warns (*pro hac vice forthcoming*)
  | tom.warns@klgates.com

10 | Attorneys for Defendant
   | GRAND UNTION INTERNATIONAL
   | TRADING LIMITED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| PAUL FRANK LIMITED, | Case No.: 2:25-cv-11415 |
|---|---|
| Petitioner, | **RESPONDENT GRAND UNION INTERNATIONAL TRADING LIMITED'S NOTICE OF RELATED CASES (L.R. 83-1.3.1)** |
| vs. | |
| GRAND UNION INTERNATIONAL TRADING LIMITED, | |
| Respondent. | |

1

**NOTICE OF RELATED CASES (L.R. 83.1-3-1)**

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to Local Rule 83-1.3.1(a), that the instant action is related to the prior action styled *Paul Frank Ltd. v. China Brands Group*, U.S. Dist. Ct. (C.D. Cal.) Case No. 2:24-cv-02759-ODW-JC, in that both actions arise out of the same underlying business dealings and controversy.

|  |  |
|---|---|
| | K&L GATES LLP |
| Dated: November 26, 2025 | By: s/ Kevin S. Asfour<br>Kevin S. Asfour<br>Lauren E. Elvick<br>Matthew J. Weldon (*pro hac vice forthcoming*)<br>Thomas A. Warns (*pro hac vice forthcoming*)<br><br>Attorneys for Respondent Grand Union International Trading Limited |