**EXHIBIT 2**

# （2024）沪 0104 民初 25928 号
# 原告补充证据目录（二）

| 序号 | 证据名称 | 证明内容 | 页码 |
|---|---|---|---|
| 14 | 《主许可协议》及三次修订协议 | 宏联公司此前经保罗公司授权成为 Paul frank/大嘴猴品牌商标在中国大陆、香港及澳门地区的独占被许可方。 | 558-645 |
| 15 | 公证书（2025）沪静证经字第 549 号【关于 JAMS 仲裁最终裁决（编号：5220002118）】 | 根据美国 JAMS 国际仲裁中心的最终裁决，认定保罗公司意图单方解除终止双方《主许可协议》的行为无效、不生效，且构成对协议的违约，驳回其所有仲裁请求，认定原告在该仲裁案件中为胜诉方许可合同理应继续履行。 | 646-720 |
| 16 | 二期律师费支付凭证 | 证据 12 的补充，与其共同证明：原告已因本案支出律师费 100000 元。 | 721 |
| 17 | （2025）沪静证经字第 607 号公证书（网页及购买公证书） | 被告 1 在明知侵权的情况下仍继续销售案涉侵权产品（乃至开庭前仍在继续销售），拒不下架，主观恶意极大，侵权时间较久，侵权情节恶劣，收益巨大。 | 722-776 |
| 18 | 补充公证费发票及付款凭证 | 原告因本次补充公证（对应 607 号公证书）增加支出侵权商品购买费 94 元；公证费 1000 元。 | 777-778 |
| 19 | 保全担保费支出凭证 | 原告因本案已支出保全担保费 6千元 | 779-781 |

提交人：宏聯國際貿易有限公司

日期：2025 年 9 月 9 日