**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| PAUL FRANK LIMITED, | Case № 2:25-cv-11415-ODW (Ex) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GRAND UNION INTERNATIONAL TRADING LIMITED, | |
| Respondent. | |

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss, Denying Petitioner's Petition, and Granting Respondent's Motion to Confirm Arbitral Award, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. The JAMS arbitrator's Final Award, dated July 2, 2025, is confirmed;

2. The Court incorporates the Final Award in full into this Judgment as if set forth herein, including all relief awarded by the JAMS arbitrator therein; and

3. The Petition is dismissed with prejudice.

**IT IS SO ORDERED.**

May 4, 2026

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**